Form ntcdsm

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.:  09–30905 RAG     Chapter:  13

| William C. Gale Sr. | Mary S. Gale |
| --- | --- |
| Debtor(s) | |

## NOTICE OF DISMISSAL

TO: All Creditors and Interested Parties

You are hereby notified that an Order Dismissing the above case was entered on 2/8/10.

ALL PARTIES ARE HEREBY NOTIFIED, that the automatic stay imposed by 11 U.S.C. § 362(a) is terminated.

Dated: 2/8/10

Mark D. Sammons, Clerk of Court
by Deputy Clerk, L Arter 301–344–3327